ASH

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

9   Antony Wilfredo Amador-Pineda,                    No.    CV-26-01051-PHX-JCH (JZB)

10                          Petitioner,

11   v.                                               **ORDER**

12   Eric Rokosky, et al.,

13                          Respondents.

14

15          Self-represented Petitioner Antony Wilfredo Amador-Pineda, who is confined in

16   the Eloy Detention Center, has filed a Petition for Writ of Habeas Corpus under 28 U.S.C.

17   § 2241 (Doc. 1) and paid the filing fee.  Petitioner has also filed a Motion to Appoint

18   Counsel.  (Doc. 3).  The Court will deny the Motion and require an answer to the Petition.

19   **I.    Petition**

20          Petitioner is a native and citizen of Honduras, who entered the United States in 2009.

21   In 2016, after pleading guilty to a charge of disorderly conduct, Petitioner was served by

22   DHS with a Notice to Appear charging him as removable.  Petitioner sought asylum and

23   withholding of removal, but on October 4, 2019, an immigration judge denied relief but

24   found Petitioner was eligible for voluntary departure.  Petitioner appealed that decision to

25   the Board of Immigration Appeals ("BIA").[1]  While that appeal was pending, Petitioner's

26   wife filed a Form I-130 Visa Petition for Alien Relative, at which point Petitioner filed an

27   _____

28          [1] Petitioner was apparently released from custody during the pendency of this
     appeal.

unopposed motion with the BIA seeking to administratively close his proceedings before the BIA.  The BIA granted that request on September 5, 2023, and administratively closed his appeal.  On August 1, 2024, Petitioner was again detained by ICE after a DUI arrest.  On August 7, 2024, DHS sought to reopen Petitioner's BIA appeal; that motion remains pending as of the date of this Order.  Accordingly, Petitioner has now been detained since August 2024 without any further action in his underlying immigration proceedings.  Petitioner has twice sought a bond hearing during his present detention but has been denied both times.  Accordingly, Petitioner alleges that his prolonged detention violates the Fifth Amendment.  As relief, Petitioner seeks release from custody on an order of supervision.

The Court will require Respondents to answer the Petition.

**II.    Motion**

Petitioner also moves for the appointment of counsel.  At this time, the interests of justice do not support the appointment of counsel. 18 U.S.C. § 3006A(a)(2)(B).  Petitioner may re-urge his motion following Respondents' answer to the petition.

**III.    Warnings**

**A.    Address Changes**

If Petitioner's address changes, Petitioner must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure.  Petitioner must not include a motion for other relief with a notice of change of address.  Failure to comply may result in dismissal of this action.

**B.    Copies**

Petitioner must serve Respondents, or counsel if an appearance has been entered, a copy of every document that he files.  Fed. R. Civ. P. 5(a).  Each filing must include a certificate stating that a copy of the filing was served.  Fed. R. Civ. P. 5(d).  Also, Petitioner must submit an additional copy of every filing for use by the Court.  LRCiv 5.4.  Failure to comply may result in the filing being stricken without further notice to Petitioner.

**C.    Possible Dismissal**

If Petitioner fails to timely comply with every provision of this Order, including

these warnings, the Court may dismiss this action without further notice.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1)     Petitioner's Motion to Appoint Counsel (Doc. 3) is **denied** without prejudice.

(2)     The Clerk of Court must serve a copy of the Summons, the Petition (Doc. 1) and this Order upon the United States Attorney for the District of Arizona by certified mail addressed to the civil process clerk at the office of the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure.  The Clerk of Court must also send by certified mail a copy of the Summons, the Petition, and this Order to the United States Attorney General pursuant to Rule 4(i)(1)(B) and to Respondents pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure.

(3)     The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(4)     Respondents must answer the Petition within **20 days** of the date of service. Respondents shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(5)     Regarding courtesy copies of documents for chambers, Respondents are directed to review Section II(D) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, which requires that "a courtesy copy of the filing, referencing the specific document number, shall be printed directly from CM/ECF." CM/ECF Admin. Man. § II(D)(3) (emphasis added).  *See* http://www.azd.uscourts.gov/ sites/default/files/documents/adm%20manual.pdf.

(6)     Petitioner may file a reply within 30 days from the date of service of the answer.

**TERMPSREF**

1        (7)    This matter is referred to Magistrate Judge John Z. Boyle pursuant to Rules

2   72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report

3   and recommendation.

4        Dated this 10th day of March, 2026.

5

6

7   _____

8            John C. Hinderaker

9        United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TERMPSREF**