# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Antony Wilfredo Amador-Pineda,<br><br>Petitioner,<br><br>v.<br><br>Eric Rokosky, et al.,<br><br>Respondents. | No. CV-26-01051-PHX-JCH (JZB)<br><br>**ORDER** |

Petitioner challenged his prolonged immigration detention under the Fifth Amendment. (Doc. 1.) The Court directed Respondents to file a Response. (Doc. 6.) In their Response, Respondents state:

> Respondents, by and through counsel, hereby respond to the Petition for a Writ of Habeas Corpus (Doc. 1). Respondents do not oppose Petitioner's request for release at this time.

(Doc. 15.)

The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for immediate release from U.S. Department of Homeland Security ("DHS") custody.

Accordingly,

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is **GRANTED** as to his request for immediate release from DHS custody and is otherwise denied.

**IT IS FURTHER ORDERED** that Respondents shall release Petitioner from DHS custody within **48 HOURS**.

**IT IS FURTHER ORDERED** that Respondents shall provide a notice of compliance within **48 HOURS** of releasing Petitioner from DHS custody.

**IT IS FURTHER ORDERED** that any motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 14th day of April, 2026.

Honorable Scott H. Rash
United States District Judge